# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2667
_____

Lance Gerald Milliman

*Plaintiff - Appellant*

v.

Howell County, Missouri

*Defendant - Appellee*

Robert David Ray, Associate Circuit Court Judge, 37th Judicial Circuit

*Defendant*

Michael P. Hutchings, Prosecuting Attorney, Howell Co., Missouri

*Defendant - Appellee*

Bethany Hanson Turner, Public Defender, 37th Judicial District; Scott L. Nelson,
Patrol Trooper, Missouri State Highway Patrol; Levi Stoops, Commercial Vehicle
Inspector, Missouri Highway Patrol

*Defendant*s
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: December 5, 2023
Filed: December 8, 2023
[Unpublished]
_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Lance Gerald Milliman appeals after the district court[1] awarded attorney fees to defendants Michael P. Hutchings and Howell County. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Milliman argues that defendants were not entitled to attorney fees. After careful consideration of the record and the parties' arguments on appeal, this court concludes that the district court did not abuse its discretion in awarding the fees. *See* 42 U.S.C. § 1988; *Williams v. City of Carl Junction, Mo.*, 523 F.3d 841, 843 (8th Cir. 2008).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.